# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| TAMARINDART, LLC,<br><br>*Plaintiff(s)*<br>v.<br>RAISA HUSAIN AND OWAIS HUSAIN AS ADMINISTRATORS OF THE ESTATE OF MAQBOOL FIDA HUSAIN,<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-00595 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Owais Husain
Dubai Marina Flat #1G
Marina Dubai,
Dubai UAE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: OFFIT KURMAN, P.A.
Lucas Markowitz
590 Madison Avenue, 6th Floor
New York, NY 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*