

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**James Rosenfeld**
212.603.6455 tel
jamesrosenfeld@dwt.com

March 1, 2022

**VIA ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *TamarindArt, LLC v. Raisa Husain and Owais Husain As Administrators of the Estate of Maqbool Fida Husain*, No. 1:22-cv-595 (S.D.N.Y.)

Dear Judge Torres:

    The undersigned counsel represent Defendants Raisa Husain and Owais Husain as Administrators of the Estate of Maqbool Fida Husain in the above-referenced action. Jointly and on behalf of the parties, we write to inform the court that following a conference between counsel for the parties, the parties do not consent to conducting all further proceedings before the assigned Magistrate Judge under 28 U.S.C. § 636(c).

    Thank you.

                                                             Respectfully,

                                                             /s/ *James Rosenfeld*
                                                             James Rosenfeld (N.Y. Bar No. 2807212)
                                                            DAVIS WRIGHT TREMAINE LLP
                                                            1251 Avenue of the Americas, 21st Floor
                                                            New York, NY 10020-1104
                                                           (212) 489-8230 Phone
                                                           (212) 489-8340 Fax
                                                           jamesrosenfeld@dwt.com

cc:    Counsel of record (via ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.