UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TAMARINDART, LLC, | CASE NO. 1:22-cv-595 |
| Plaintiffs, | Hon. Analisa Torres<br>United States District Judge |
| vs. |  |
| RAISA HUSAIN AND OWAIS HUSAIN AS ADMINISTRATORS OF THE ESTATE OF MAQBOOL FIDA HUSAIN, | **MOTION FOR ADMISSION PRO HAC VICE** |
| Defendants. |  |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, the undersigned, Meenakshi Krishnan, hereby respectfully moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for defendants Raisa Husain and Owais Husain as Administrators of the Estate of Maqbool Fida Husain in the above-captioned action.

I am a member in good standing of the Bar of the District of Columbia. I am admitted to practice before the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Second Circuit, and the U.S. District Court for the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached my Affidavit pursuant to Local Rule 1.3.

Dated: April 5, 2022                              Respectfully submitted,

*/s/ Meenakshi Krishnan*

Meenakshi Krishnan
Davis Wright Tremaine LLP
1301 K Street, N.W. – Suite 500 East
Washington, DC 20005
Tel: (202) 973-4200
meenakshikrishnan@dwt.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAMARINDART, LLC,

    Plaintiff,

vs.

RAISA HUSAIN AND OWAIS HUSAIN
AS ADMINISTRATORS OF THE
ESTATE OF MAQBOOL FIDA HUSAIN,

    Defendants.

---

CASE NO. 1:22-cv-595

Hon. Analisa Torres
United States District Judge

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Meenakshi Krishnan, declare:

1. I am an associate at the law firm of Davis Wright Tremaine LLP.

2. I submit this Affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the District of Columbia Bar.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. My Bar number in the District of Columbia is 1617229.

8. Wherefore, your affiant respectfully submits that she has been permitted to appear as counsel and advocate *pro hac vice* in Case No. 1:22-cv-595, for Defendants Raisa Husain and Owais Husain as Administrators of the Estate of Maqbool Fida Husain.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2022, in Washington, D.C.

*Meenakshi Krishnan*

Meenakshi Krishnan

Sworn to me this
5th day of April, 2022

*Tiphanie C. Hill*
Notary Public

TIPHANIE C. HILL
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires September 14, 2023



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Meenakshi Krishnan*

was duly qualified and admitted on December 19, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 5, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.