UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| TAMARINDART, LLC, | x : : : : : : : : : : : : :: : x | CASE NO. 1:22-cv-595 |
| Plaintiff, | | Hon. Analisa Torres<br>United States District Judge |
| vs. | | |
| RAISA HUSAIN AND OWAIS HUSAIN AS ADMINISTRATORS OF THE ESTATE OF MAQBOOL FIDA HUSAIN, | | **[PROPOSED ORDER FOR ADMISSION PRO HAC VICE** |
| Defendants. | | |

The Motion of Meenakshi Krishnan for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the District of Columbia; and that her contact information is as follows:

> Meenakshi Krishnan
> Davis Wright Tremaine LLP
> 1301 K Street, N.W. – Suite 500 East
> Washington, DC 20005
> Tel: (202) 973-4200
> meenakshikrishnan@dwt.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Raisa Husain and Owais Husain as Administrators of the Estate of Maqbool Fida Husain in the above-entitled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this court are subject to the local rules of this court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                          United States Magistrate Judge