```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

TAMARINDART, LLC,

          Plaintiff,

   - against -

RAISA HUSAIN AND OWAIS HUSAIN AS ADMINISTRATORS OF THE ESTATE OF MAQBOOL FIDA HUSAIN,

          Defendant.

---------------------------------------------------------------x

CIVIL ACTION NO. 1:22-cv-595

**STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS, on April 25, 2022, Defendants Raisa Husain and Owais Husain as Administrators of the Estate of Maqbool Fida Husain ("Defendants"), by and through their counsel, filed their Answer and Counterclaim against Plaintiff TamarindArt, LLC ("Plaintiff") (ECF No. 22).

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendants' Counterclaim against Plaintiff is hereby withdrawn with prejudice, with each party to bear its own costs and attorney's fees.

Dated: New York, New York
       June 23, 2022

| | |
|---|---|
| /s/ Lucas A. Markowitz<br>OFFIT KURMAN, P.A.<br><br>Laura J. Winston, Esq.<br>Lucas A. Markowitz, Esq.<br>590 Madison Avenue, 6th Floor<br>New York, New York 10022<br>Telephone: (212) 545-1900<br>Facsimile: (212) 545-1656<br>lwinston@offitkurman.com<br>lucas.markowitz@offitkurman.com<br><br>*Attorneys for Plaintiff and Counterclaim Defendant TamarindArt, LLC* | /s/ James Rosenfeld<br>DAVIS WRIGHT TREMAINE LLP<br><br>James Rosenfeld<br>Meenakshi Krishnan (admitted *pro hac vice*)<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020-1104<br>(212) 489-8230 Phone<br>(212) 489-8340 Fax<br>jamesrosenfeld@dwt.com<br>meenakshikrishnan@dwt.com<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs Raisa Husain and Owais Husain as Administrators of the Estate of Maqbool Fida Husain* |

SO ORDERED.

Dated: June 28, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge