```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/21/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMARINDART, LLC,

               Plaintiff,

-against-

RAISA HUSAIN AND OWAIS HUSAIN AS
ADMINISTRATORS OF THE ESTATE OF
MAQBOOL FIDA HUSAIN,

               Defendant.

22 Civ. 595 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for October 18, 2022, is ADJOURNED to **November 16, 2022**, at **11:40 a.m.** Additionally, the parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. *See* ECF No. 19 ¶ 15. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *See id.*

    SO ORDERED.

Dated: September 21, 2022
         New York, New York

                                                   ANALISA TORRES
                                          United States District Judge