

                                                   21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**James Rosenfeld**
212.63.6455 tel
jamesrosenfeld@dwt.com

November 11, 2022

**VIA EMAIL**
Magistrate Judge Robert W. Lehrburger
500 Pearl Street, Room 1960
Daniel Patrick Moynihan United States Courthouse
New York, NY 10007
Lehrburger_NYSDChambers@nysd.uscourts.gov

**Re:** **Request for Brief Adjournment of November 14, 2022 Settlement Conference in** *TamarindArt, LLC v. Raisa Husain and Owais Husain as Administrators of the Estate of Maqbool Fida Husain*, **No. 1:22-cv-595 (S.D.N.Y.)**

Dear Magistrate Judge Lehrburger:

       We are counsel for Defendants Raisa Husain and Owais Husain as Administrators of the Estate of Maqbool Fida Husain (the "Estate"). We write the Court in advance of the November 14, 2022 settlement conference in this action to request an adjournment of the settlement conference by a few weeks. We respectfully submit that the Estate has good cause for requesting this brief adjournment. Plaintiff TamarindArt, LLC ("Tamarind") consents to this request.

       The parties' second settlement conference is currently scheduled for November 14, 2022. As discussed at the conclusion of the parties' first settlement conference, the Estate has been diligently working to provide a more detailed settlement offer to Tamarind. The Estate requires two more weeks to identify the specific details comprising its offer, and the Estate believes that discussions at the parties' second settlement conference will be considerably more fruitful and productive once it has done so.

       There have been no prior requests for adjournment of the November 14 settlement conference. The Estate's counsel has conferred with Tamarind's counsel on mutually available dates for a rescheduled settlement conference. All parties are available on **December 9, 2022**.

       Accordingly, the Estate respectfully requests that the November 14 settlement conference be adjourned until **December 9, 2022**.

       We thank the Court for its consideration.

                                                        Respectfully,

                                  By:    */s/ James Rosenfeld*

James Rosenfeld
Meenakshi Krishnan (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax
jamesrosenfeld@dwt.com
meenakshikrishnan@dwt.com