

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**James Rosenfeld**
212.63.6455 tel
jamesrosenfeld@dwt.com

February 7, 2023

**Via ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:**   Request for Adjournment of February 14, 2023 Case Management Conference in *TamarindArt, LLC v. Raisa Husain and Owais Husain as Administrators of the Estate of Maqbool Fida Husain*, No. 1:22-cv-595 (S.D.N.Y.)

Dear Judge Torres:

We represent Defendants Raisa Husain and Owais Husain as Administrators of the Estate of Maqbool Fida Husain ("Defendants").  We write the Court in advance of the February 14, 2023 Case Management Conference to request that the Conference be adjourned *sine die*.  Plaintiff TamarindArt, LLC ("Tamarind") consents to this request.

On January 3, 2023, the Parties reached a settlement.  Per the settlement agreement, pending Defendants' notarization of the agreement by March 4, 2023, the Parties will file a stipulation of dismissal for this case.  Therefore, Defendants respectfully submit that there is good cause for requesting this adjournment.

There have been no prior requests for adjournment of the February 14 Case Management Conference.

Accordingly, Defendants request that the February 14, 2023 Case Management Conference be adjourned, pending the Parties' dismissal of this case.

We thank the Court for its consideration.

                              Respectfully,

By:   */s/ James Rosenfeld*
        James Rosenfeld
        Meenakshi Krishnan (*pro hac vice*)
        DAVIS WRIGHT TREMAINE LLP
        1251 Avenue of the Americas, 21st Floor

Page 2

New York, NY 10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax
jamesrosenfeld@dwt.com
meenakshikrishnan@dwt.com